## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Donjel Lamont Walker,              * From the 266th District
                                             Court of Erath County,
                                             Trial Court No. CR13673.

Vs. No. 11-12-00122-CR              * March 21, 2013

The State of Texas,                  * Opinion by Willson, J.
                                             (Panel consists of: Wright, C.J.,
                                             McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.